

# COMPLAINT
(for filers who are prisoners without lawyers)

CLERK USDC EDWI
FILED
2022 JUL 13 P 2:52

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff)

Gregory Stephen Neitzel

v.

22-C-0807

(Full name of defendant(s))

Brown County, ~~×~~
Cpl. Brian Laurent,
C.O. Bowden

Case Number:
_____
(to be supplied by Clerk of Court)

A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)
   __3030 Curry lane Green Bay WI 54311__
   (Address of prison or jail)

2. Defendant __Brown County, Cpl.~~×~~ C.O. Bowden, Brian Laurent__
   (Name)
   is (if a person or private corporation) a citizen of __Wisconsin__
   (State, if known)
   and (if a person) resides at __3030 Curry lane Green Bay WI 54311__
   (Address, if known)

Complaint – 1

and (if the defendant harmed you while doing the defendant's job) worked for __Brown County Jail__

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

On 4-25-22 I asked the C.O. Bowden for a second suit he told me I would get one when laundry came I waited 4 days and asked again and he told me to put it in on the Kiosk so on 4-29-22 I put in for a 3X suit 5-1-22 I still never got one so I put another request in and explained its unsainatary to have the same suit on for that long. 5-10-22 *Brian Laurent was in Gulf pod and I showed him request slips and explaind that



③

I had the same Jumpsuit for over 3 weeks and had a boil on my leg he went to get me a Jumpsuit and I put in to see the doctor and I was never seen. 5-11-22 I put in for the doctor to look at the boil on my leg and I never was seen. I sent a request to Brian laurent on 6-4-22 asking about the situation and he replied 6-6-22 He did not recall reading my request or knowing about a boil on my leg 6-20-22 I ask Brian laurent to review the video from 5-10-22 3:09pm - 3:15pm to show I showed him my request 6-21-22 He replied saying he review the video and it shows my request slips being read by brian laurent and went to get me a new suit. This happend in brown county Jail in gulf pod and I don't know why they did this.

C. JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☒ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $74,000.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

74,000 and inforce Hygiene and inforce Inmate rights and if someone request Medical treatment dont deny by finding other ways around the medical attention without seeing the persons injury

(5)

E. JURY DEMAND

I want a jury to hear my case.

☒ – YES   ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __28th__ day of __June__ 20__22__.

Respectfully Submitted,

_Gregory Neitzel_
Signature of Plaintiff

_930000022202_
Plaintiff's Prisoner ID Number

_3030 Curry lane_
_Green Bay WI 54311_
(Mailing Address of Plaintiff)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5